UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Baycol Products,

MDL No. 01-1431 (MJD/SRN)

Gretchen Dickhausen,

Plaintiff,

v.

Civil No. 02-57 (DWF/RLE)

Bayer AG, et al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number MDL 01-1431 having been assigned to Judge Michael J. Davis and case number 02-57 having later been assigned to Judge Donovan W. Frank and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-57 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 10, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: April 11 2002

JUDGE DONOVAN W. FRANK
United States District Court

APR 11 2002
FILED
RICHARD D SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Michael J. Davis

NEW CASE INFORMATION 02-57 MJD
Use this case information for all further filings.